UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GABRIEL KLOTZ,<br><br>               Plaintiff,<br><br>  v.<br><br>WARDEN L. LUNDY, et al.,<br><br>               Defendants. | Case No. 2:25-cv-2145-SRM-E<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [15]** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of the United States Magistrate Judge. *See, e.g.*, Dkts. 1, 10, 15. Objections to the Magistrate Judge's Report and Recommendation were due on or before August 4, 2025, and have not been filed. *See* Dkt. 14. Upon review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation. Dkt. 15. Accordingly,

**IT IS ORDERED**:

    1. Judgment shall be entered dismissing this action without prejudice; and

///
///
///

    2. The Clerk shall forthwith serve copies of this Order and the Judgment of

this date on Plaintiff, terminate any pending motions, and **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: January 15, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE