JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH GABRIEL KLOTZ,

        Plaintiff,

  v.

WARDEN L. LUNDY, et al.,

        Defendants.

Case No. 2:25-cv-02145-SRM-E

**JUDGMENT**

**IT IS ADJUDGED** that the action is dismissed without prejudice.

Dated: January 15, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE